UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GERALD CRAWFORD | CIVIL ACTION NO. 05–0768 |
| -vs- | |
| RAPIDES PARISH DETENTION CENTER | JUDGE LITTLE |

## JUDGMENT

Before the court is a report and recommendation of the magistrate suggesting that the civil rights complaint filed by *pro se* plaintiff, Gerald Crawford ("Crawford"), pursuant to 42 U.S.C. § 1983 be dismissed without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies. Crawford has not timely filed an objection to the magistrate's report.[1] After full record review, the court adopts the reasoning and conclusion of the magistrate. Crawford's complaint is DISMISSED WITHOUT PREJUDICE. Crawford is directed to exhaust all available administrative remedies and to provide proof of same prior to proceeding herein.

Alexandria, Louisiana

27 October 2005

F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] If there are no specific objections to the magistrate's report and recommendation, the district court is to review it for findings and conclusions that are either clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000); Koetting v. Thompson, 995 F.2d 37, 40 (5th Cir. 1993).